# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                          CASE NO.  3:98cr67-01/RV

ROGER PROPHETE

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   February 19, 2009
Motion/Pleadings:   Motion to Dismiss Indictment
Filed by   United States     on 2/18/2009     Doc.#   206
RESPONSES:

                                    on                 Doc.#
                                    on                 Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

                                  WILLIAM M. McCOOL, CLERK OF COURT

                                    s/Jerry Marbut
LC (1 OR 2)                        Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  19th    day of  February     , 2009, that:*
*(a) The relief requested is GRANTED, without prejudice.*
*(b)*

                                      /s/ *Roger Vinson*

                                          *ROGER VINSON*
                            *Senior United States District Judge*